

# IN THE
# TENTH COURT OF APPEALS

## No. 10-10-00377-CR

**MIGUEL BETHENCOURT,**

                                                 **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                 **Appellee**

### From the 413th District Court
### Johnson County, Texas
### Trial Court No. F39522

## MEMORANDUM OPINION

Miguel Bethencourt appealed the revocation of his community supervision. He has now filed a motion requesting this Court to dismiss the appeal. Bethencourt personally signed the motion to dismiss.

Accordingly, the appeal is dismissed. Tex. R. App. P. 42.2(a).

                                         TOM GRAY
                                         Chief Justice

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Appeal dismissed
Opinion delivered and filed March 16, 2011
Do not publish
[CR25]